**Opinion issued August 29, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00635-CV

———————————

## IN RE COMMITMENT OF JOHN EDWARD LETKIEWICZ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, John Edward Letkiewicz, has filed a pro se petition for a writ of mandamus seeking to compel the respondent district court, the 435th District Court of Montgomery County, to correct his Amended Order of Civil Commitment.[1] We dismiss the petition for want of jurisdiction.

---

[1] The underlying case is *In re: The Commitment of John Edward Letkiewicz*, Cause No. 13-04-04026-CV, in the 435th District Court of Montgomery County, Texas, the Honorable Patty Maginnis presiding. This Court affirmed relator's judgment in a direct appeal that was transferred here by the Texas Supreme Court from the Ninth Court of Appeals. *See In re Commitment of Letkiewicz*, No. 01-13-00919-CV, 2014

This Court's mandamus jurisdiction is governed by Texas Government Code Section 22.221, which expressly limits the mandamus jurisdiction of the courts of appeals to: (1) issuance of writs of mandamus against a district court judge, statutory county judge, statutory probate county judge, county court judge, or associate judge appointed under Chapter 201 of the Family Code, in the court of appeals district, and (2) issuance of writs of mandamus necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)–(b) (West 2018). We lack jurisdiction to issue the requested writ against the respondent, the 435th District Court of Montgomery County, because this Court neither has jurisdiction over the district courts of Montgomery County nor is such a writ necessary to enforce this Court's appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b)(1); *see also* TEX. GOV'T CODE ANN. § 22.201(j) (West 2018); *In re Sorrow*, No. 01-15-00536-CV, 2015 WL 3903515, at *1 (Tex. App.—Houston [1st Dist.] June 25, 2015, orig. proceeding) (per curiam) (mem. op.) (dismissing mandamus petition for want of jurisdiction because it sought relief against Travis County district court). The Ninth Court of Appeals in Beaumont has jurisdiction over Montgomery County district courts. *See* TEX. GOV'T CODE ANN. §§ 22.201(j), 22.210(a) (West 2018).

---

WL 2809819, at *1 n.1 (Tex. App.—Houston [1st Dist.] June 19, 2014, pet. dism'd w.o.j.) (mem. op.).

Accordingly, relator's petition for a writ of mandamus is dismissed for want of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.